STATE OF DELAWARE vs. ISAIAH CHRISTIE.

New Castle County, September Term, 1895.

Jurisdiction. Assault.—A citizen of Wilmington, indicted for an assault with
   intent to commit murder, in the Court of General Sessions of the Peace and
   Jail Delivery, may be convicted of simple assault.

Isaiah Christie, a citizen of Wilmington Hundred, was in-
dicted for an assault with intent to commit murder.  At the trial,
*Walter H. Hayes*, attorney for the prisoner, asked the Court to in-
struct the jury that if they had a reasonable doubt of the intent of
the prisoner to commit murder, they must find him not guilty, be-
cause sole and exclusive jurisdiction of assaults and batteries com-
mitted in Wilmington Hundred is vested in the Municipal Court
of Wilmington, and the Court of General Sessions has no jurisdic-
tion over it.

   *Nicholson*, Attorney General, for the State.

   LORE, C. J., (charging the jury).
   We have been asked to charge you that you must either find
the prisoner guilty in manner and form as he stands indicted or not
guilty ; that you may not find him guilty of an assault alone, for
the reason that a recent statute has given to the Municipal Court of
this city exclusive jurisdiction over assaults committed within the
limits of the city, and that therefore you may not convict in this
case of an assault.
   As at present advised, we do not think so.  This defendant is
charged with an assault with intent to commit murder.  The Court
of General Sessions has jurisdiction of that crime, and having juris-
diction of that, the Statute authorizes you—if in your judgment it
is wise and proper—to leave out the intent and find him guilty of
the assault only.  We do not see that this statute has taken away
from a jury of this Court the right to lower this crime when it is
properly before it, in a case in which jurisdiction has once attached.

                        *Verdict, Guilty of Assault.*